## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. ~~15-CR-0018~~ 15CR00118 WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FELIPE LUIS JIMENEZ-GARCIA,

      Defendant.

---

## ORDER

---

      PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

      ORDERED that Defendant Felipe Luis Jimenez-Garcia, is sentenced to TIME SERVED.

      Dated at Denver, Colorado, this 28th day of August, 2015.

      BY THE COURT:

      Judge William J. Martínez
      United States District Judge